**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOHN LITCHARD,<br><br>Plaintiff,<br><br>v.<br><br>ROADSAFE TRAFFIC SYSTEMS, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 24-1276<br><br>Chief Judge Matthew W. Brann |

**DEFENDANT'S RULE 7.1**
**CORPORATE DISCLOSURE STATEMENT**

Per Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant RoadSafe Traffic Systems, Inc. ("Defendant") discloses that Defendant is a privately held company. Defendant has a parent company, RoadSafe Holdings, Inc. No publicly traded corporation owns 10% or more of its stock.

Dated: November 4, 2024

Respectfully submitted,

*/s/ Brandon R. Sher*

Brandon R. Sher, Esq.
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
1735 Market Street, Suite 3000
Philadelphia, PA 19103
Phone: (215) 995-2840
Fax: (215) 995-2801
brandon.sher@ogletree.com

*Attorneys for Defendant*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOHN LITCHARD,<br><br>Plaintiff,<br><br>v.<br><br>ROADSAFE TRAFFIC SYSTEMS, INC.,<br><br>Defendant. | ) | No. 24-1276<br><br>Chief Judge Matthew W. Brann |

## CERTIFICATE OF SERVICE

I hereby certify that, on this 4th day of November 2024, a true and correct copy of the foregoing Rule 7.1 Corporate Disclosure Statement of Defendant was electronically filed with the Clerk of Court and is available for viewing and downloading from the ECF system.

Dated: November 4, 2024

Respectfully submitted,

*/s/ Brandon R. Sher*

Brandon R. Sher, Esq.
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
1735 Market Street, Suite 3000
Philadelphia, PA 19103
Phone: (215) 995-2840
Fax: (215) 995-2801
brandon.sher@ogletree.com

*Attorneys for Defendant*